IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KOHLER CO.,                              )
                                         )
                                         )
                         Plaintiff,      )        Civil Action No. 1:17-cv-04233-LDH-RLM
                                         )
v.                                       )        **DECLARATION OF**
                                         )        **HASSAN MASRI**
BOLD INTERNATIONAL FZCO and              )
ROCELL BATH LIMITED,                     )
                                         )
                                         )
                         Defendants.     )

HASSAN MASRI, of legal age, makes the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am a process server based in Dubai, United Arab Emirates and have worked in that capacity for over seven years. I am employed by Process Service Network, LLC, a process service company based in Chatsworth, California.

2.    I am not a party to the action, am over eighteen years of age and reside in Dubai, United Arab Emirates.

3.    The information contained in this Declaration comes from (i) my own knowledge and belief; (ii) review of my files; and (iii) publicly available records which I have inspected.

4.    On August 24, 2017, I personally served on Bold International FZCO ("Bold") true and correct copies of the following documents filed in the above-captioned action:

   a. Complaint (Dkt. No. 1);
   b. Civil Cover Sheet (Dkt. No. 1-1);
   c. Summons in a Civil Action (Dkt. No. 2);
   d. Notice pursuant to Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1 (Dkt. No. 3);
   e. Quality Control Check (Dkt. No. 4), and
   f. Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Dkt. No. 5).

1

by hand delivering the aforesaid documents to A.J. Bader, an individual who informed me at the time of service that he was the person in charge of Bold's business at the Dubai location. I inquired if there was an officer or manager of Bold present to accept service. He informed me that he was employed by Bold and that he was authorized to accept service of process on behalf of Bold. There were other employees present who pointed out Bader and who witnessed the service at the following address:

Bold International FZCO
Office No. TC2
Blue Sade Building
Jebel Ali Free Zone (South)
Dubai, United Arab Emirates

5.      D&B Hoovers, a business research company, lists the above address as Bold's address. Furthermore, Bold's Facebook profile page shows that Bold is located in Jebel Ali Free Zone (South) in Dubai, United Arab Emirates. True and correct copies of the relevant D&B Hoovers website and Facebook profile page are attached as Exhibit A to this Declaration.

6.      At the time that I served Bold with the documents described in Paragraph 4 of my Declaration, I also presented Mr. Bader with a document titled "Notification of Service of Process" (the "Notification"). At the time I presented it to Mr. Bader, the Notification contained identifying information about counsel for the party requesting service and the party being served, as well as my name, the identity of my employer and the subject of the Notification. The Notification also contained blank fields that were to be filled in during the service process with the date and time of service, the name of the individual receiving service and the recipient's signature, seal or thumb print to acknowledge receipt or a notation indicating the recipient's refusal. When I presented Mr. Bader with the Notification, he refused to sign it on the ground that he was instructed by his employer not to sign any legal documents. I therefore completed the Notification by filling in the date and time of service and Mr. Bader's name, and further included a notation that Mr. Bader refused to sign the Notification. I then provided a completed copy of the Notification to Mr. Bader to accompany the documents

2

described in Paragraph 4 above. A true and correct copy of the completed Notification is attached as Exhibit _6_ to this Declaration.

7.      After I served Bold as described above, I completed a Proof of Service form made available on this Court's website (Dkt. No. 8). The Proof of Service form contained several checkboxes that I could mark to confirm the method by which I served the Summons on Bold. However, the Court's form did not present me with the option to reference any of the other documents I served on Bold. Although I served the completed Notification and all of the documents described in Paragraph 4 of this Declaration upon Bold, I marked the box on the Proof of Service form that matched the manner by which I served Bold with the Summons. I then returned the Proof of Service to counsel for Kohler Co. for filing with the Court.

8.      Later, on March 30, 2018, I personally served Bold with a true and correct copy of a printout of the PACER docket report for this proceeding (dated as of February 28, 2018), together with complete copies of documents 1 through 24 available through the online PACER docket applicable to this proceeding. During the service, I met again with Mr. A.J. Bader and had the same experience as described in paragraph 6 above.

9.      For this Court's further consideration, I am attaching a true and correct copy of an English language translation of United Arab Emirates Federal Law No. (11) of 1992 as Exhibit _C_ to this Declaration. It is my understanding that these laws govern personal service in actions in the United Arab Emirates.

Dated: April _3_, 2018

_____
Hassan Masri

3