# EXHIBIT A

Case 1:17-cv-04233-LDH-RLM    Document 28-1    Filed 04/06/18    Page 2 of 7 PageID #: 302

 Menu

# BOLD INTERNATIONAL FZCO

Office No. TC2, Blue Sade Building Jebel Ali Free Zone (South)

Dubai, Dubai United Arab Emirates
(https://www.google.com/maps/place/Office+No.+TC2,+Blue+Sade+Building+Jebel+Ali+Free+Z
(South),+Dubai,+Dubai,+,+United+Arab+Emirates/)

+971-48074800 (tel:97148074800)

Company Type: Parent

Call (855) 717-6888 (tel:+18557176888)

Start Live Chat

Start Free Trial (http://www.hoovers.com/all-products/dnb-hoovers/register-

free-trial.html?action=request-callback)

HOME (/)    >    COMPANY INFORMATION (/COMPANY-INFORMATION.HTML)    >    COMPANY SEARCH (/COMPANY-

INFORMATION/COMPANY-SEARCH.HTML)    >    COMPANY PROFILE

# Company Profile

ON THIS PAGE

Financial Statements

Top Competitors

Sales Preparation Data

Related Companies

Case 1:17-cv-04233-LDH-RLM    Document 28-1    Filed 04/06/18    Page 3 of 7 PageID #: 303

 Menu

Available Contacts

Industry Information



D&B Hoovers provides sales leads and sales intelligence data on over 120 million companies and contacts globally. Our data undergoes extensive quality assurance testing with over 2,000 discrete checks for validity and reliability. We use over 30,0000 different sources, including teams of primary source researchers to update our data over 5 million times per day. So when you get insights from D&B Hoovers, you can trust in their accuracy. To witness the full depth and breadth of our data and for industry leading sales intelligence tools, take D&B Hoovers for a test drive. Start a free trial today.

# For Your Call

Essential information for a successful call

| | |
|---|---|
| GULF TIME | 01:34 AM |
| EMPLOYEES | 50 |
| INCORPORATED | 2011 |

Unlock full sales materials and reports (/all-products/dnb-hoovers/register-free-trial.html)

# Related Companies

**Corporate Family**

Case 1:17-cv-04233-LDH-RLM    Document 28-1    Filed 04/06/18    Page 4 of 7 PageID #: 304



Menu



Corporate Family Connections

Detailed profiles of all businesses owned and operated by this company for insights and prospecting.

---

### BOLD INTERNATIONAL FZCO
ULTIMATE PARENT

### 1 Subsidiaries

View All with Free Trial (/content/hoovers/home/all-products/dnb-hoovers/register-free-trial)

Unlock information on related companies (/all-products/dnb-hoovers/register-free-trial.html)



Get in Touch with 3 Contacts

A D&B Hoovers Subscription is your foot in the door to BOLD INTERNATIONAL FZCO contact information.

Fahad Abdulla Al Harbi

Chairman

Mohammed Hilal

Managing Director

Sanjaya Mediwake

Manager

See full contact details

Start Your Free Trial (/all-products/dnb-hoovers/register-free-trial.html)

# Industry Information

See trends, challenges and opportunities with similar companies in these industries.

Case 1:17-cv-04233-LDH-RLM    Document 28-1    Filed 04/06/18    Page 5 of 7 PageID #: 305

Furniture Manufacturing (/content/hoovers/home/industry-analysis/industry-directory/industry-facts.furniture-manufacturing.1177.html)

Menu



Companies in this industry manufacture household, office, and institutional furniture and related products,...

Machinery Manufacturing (/content/hoovers/home/industry-analysis/industry-directory/industry-facts.machinery-manufacturing.1397.html)

Companies in this industry manufacture household, office, and institutional furniture and related products,...

Wholesale Sector (/content/hoovers/home/industry-analysis/industry-directory/industry-facts.wholesale-sector.1800.html)

Companies in this industry manufacture household, office, and institutional furniture and related products,...

# Get full access to D&B Hoovers

With a Hoovers subscription you can get a comprehensive view of BOLD INTERNATIONAL FZCO

## BOLD INTERNATIONAL FZCO

### 3 Contacts

Reach the right people with access to detailed contact information.

### 2 Corporate Relations

Get the big picture on a company's affiliates and who they do business with.

Start Your Free Trial (/all-products/dnb-hoovers/register-free-trial.html)

# Related Tags

Case 1:17-cv-04233-LDH-RLM Document 28-1 Filed 04/06/18 Page 6 of 7 PageID #: 306

Find other companies in similar industries or locations
(/)Menu



Dubai, Dubai, United Arab Emirates (/company-information/company-search.html?nvcnt=75&nvstt=Dubai&nvcty=Dubai) , Machinery Manufacturing (/company-information/company-search.html?nvind=1397), Furniture Manufacturing (/company-information/company-search.html?nvind=1177), Wholesale Sector (/company-information/company-search.html?nvind=1800), Medical Equipment & Supply Wholesalers (/company-information/company-search.html?nvind=1376), Fabricated Metal Product Manufacturing (/company-information/company-search.html?nvind=1401)

Companies are reminded that it is an offence to contact individuals that are registered with a telephone or mail preference service or on a do not call/contact list. By using Hoover's information you represent and warrant that you will use such information in compliance with all applicable local, state, national and EU laws and regulations and agree to indemnify and hold harmless Dun & Bradstreet and its subsidiaries and affiliates, if you violate any such law or regulation.

**Discover**

D&B Hoovers (/all-products/dnb-hoovers.html)
Company Profiles (/company-information.html)

**Connect**

Customer Service (/customer-service.html)
Contact Us (/contact-us.html)
Communication Preferences (http://businessinsight.dnb.com/ManageYourPreferences)
Press Releases (http://investor.dnb.com/releases.cfm)
Investor Relations (http://investor.dnb.com/index.cfm)

**Company**

About Us (/about-us.html)
Careers (http://www.dnb.com/about-us/careers-and-people.html)
Affiliate Program (/affiliate-program.html)



More Dun & Bradstreet Sites

© Dun & Bradstreet, Inc. 2018. All rights reserved.

Privacy Notice (/privacy-policy.html)     Terms of Use (/terms-conditions.html)

Case 1:17-cv-04233-LDH-RLM Document 28-1 Filed 04/06/18 Page 7 of 7 PageID #: 307

 Menu

