# EXHIBIT B

# NOTIFICATION OF SERVICE OF PROCESS
### (NOTIFICATION DOCUMENT)

This document shall serve as the Notification Document related to case number 17-cv-04233-LDH-RLM, Bold International FZCO.

**Date and Time of Notification:**
        Date: _24_ / _08_ /2017
        Time: _4_ : _31_ a.m. /(p.m)

**Information About the Party Requesting Service:**
        The attorney for the Plaintiff makes this request for service:
                Eric J. Smimanoff
                Cowan, Liebowitz & Latman, P.C.
                114 West 47th Street
                New York, New York 10036 USA
                Telephone:  1-212-790-9200

**Information About the Party Being Served:**
        The party being served is:
                Bold International FZCO
                Office No. TC2
                Blue Sade Building
                Jebel Ali Free Zone (South)
                Dubai, United Arab Emirates

**Information About the Notification Officer:**
        Hassan Masri
        Process Service Network, LLC
        21218 Merridy Street
        Chatsworth, CA 91311 USA
        1-800-417-7623

**The Subject of the Notification:**
        The notification is:
                1.  To deliver true copies of the legal documents in the above-referenced case to the party being served; and
                2.  To advise as to the requirements for filing an answer, or motion, to the complaint, as specified on the Summons in a Civil Case.

**Full Name of the Person to Whom Notice is Delivered and His Signature, Seal, or Thumb Print on the Original [Notification Document] to Acknowledge Receipt or Indicate Refusal and the Reason for Such Refusal:**
        Name:_A. J. Bader_____ Signature: _____

_____ Refuse to sign says instructed to not sign for legal document