# EXHIBIT C

# Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code

(source: https://legaladviceme.com/legislation/143/uae-federal-law-11-of-1992-concerning-issuance-of-civil-procedures-code).

Preamble
   *  *Amended by:*

   *Federal Law No. (30) of 2005 dated 30/11/2005*

   *Federal Law No. (10) of 2014 dated 20/11/2014*

We, Zayed Bin Sultan Al-Nahyan, the President of the United Arab Emirates State,

Pursuant to the perusal of the provisional* Constitution, and

   *  *The word "provisional" has been deleted from the Constitution of the United Arab Emirates, wherever mentioned, by virtue of Article (1) of the Constitutional Amendment No. (1) of 1996 dated 02/12/1996; this Constitution has become the permanent Constitution of the State.*

Federal law No. (1) of 1972 Concerning the Areas of Jurisdiction of the Ministries, the Jurisdictions of the Ministers and the amended laws thereof, and

Federal law No. (10) of 1973 Concerning the Federal Supreme Court and the amended laws thereof, and

Federal law No. (11) of 1973 Concerning the Organization of Juridical Relationships between the Emirates Members in the Union, and

Federal law No. (6) of 1978 Concerning the Foundation of Federal Courts and Transferring to Them the Areas of Jurisdiction of the Local Juridical Institution in Some Emirates and the amended laws thereof, and

Federal law No. (17) of 1978 Concerning the Organization of the Appeal's Conditions and Proceedings through Cassation before the Federation Supreme Court and the amended laws thereof, and

Law of Civil Transactions issued by the federal law No. (5) of 1985 and the amended laws thereof, and

1

On the grounds of what the Minister of Justice has exposed, the consent of the Cabinet, and the authentication of the Federal Supreme Council,

Have promulgated the following Law:

Article (1)
       *As amended by Federal Law No. (30) dated 30/11/2005:*

The concomitant law shall be applied concerning the civil procedures before the courts, and all the laws, regulations, orders, arrangements and the instructions practiced, which are particular to the civil procedures shall be cancelled. That with the exception of the validity of the competent authority in the emirate which hasn't transferred its local judiciary corps to the federal judiciary through the formation of courts or special judiciary committees for examining and settling any specific action at law or legal matter according to its law which is in operation when this law is issued.

Article (2)
This law is to be published in the official gazette, and will be effective three months after its publication date.

Promulgated by Us

at the Presidential Palace in Abu Dhabi

On 24 February 1992

Corresponding to 21 Shaaban 1412 H.

Zayed Bin Sultan Al Nahyan

President of the United Arab Emirates

2

FEDERAL LAW CONCERNING CIVIL PROCEDURES (UAE CIVIL PROCEDURE CODE)

Introductory Chapter. General Provisions

Article (1)

1. The laws of the procedures are to be applied on the actions which haven't been settled and the proceedings which haven't been executed prior to the date of their application.

That with the exception of:

  a) The amending laws of jurisdictions, when their date of application is after the action's shutdown.

  b) The amending laws of the dates, when the date comes before acting according to them.

  c) The laws regulating the modes of appeal with regard to the decisions which have been issued before applying them, when such laws are abrogated or are constituent to one of these modes.

2. Any procedure which is considered valid under a law in force is to remain valid unless stipulated otherwise.

3. What is originated as dates shall not entail the failure of the case's audition, extinction or other dates of proceedings except from the date of applying the law which has originated them.

Article (2)

No request or plea from a person shall be accepted unless he has an existent and legal interest thereof. However, the potential interest shall be sufficient if the purpose of the request is a precaution to repel a forthcoming danger or to verify a right of which the evidence can be lost when disputing thereabout.

Article (3)

1. If the law stipulates an imperative date to take measures occurring by declaration the date will not be considered unless the declaration is done there within.

2. If the law stipulates that a procedure should be fulfilled by way of deposit, it must be executed within the date appointed in the law.

Article (4)

The language of courts is Arabic, and the court should hear the statements of the parties, witnesses or others who have no knowledge of the Arabic language with the help of an interpreter after he/she has taken an oath, unless he/she did it already before being employed or before getting the interpretation license.

Article (5)
&ast; *As amended by Federal Law No. (10) of 2014 dated 20/11/2014:*

1. The notice shall be served upon a party's request or a court's order by the process server or in in any other way prescribed by the Law.

2. The Court may authorise the plaintiff or his attorney to serve the notice.

3. Notice may be served through a company or one or more private offices.

The Cabinet shall issue the notice serving regulation through private companies and offices as well as the conditions required for the notice serving process to be carried out according to the provisions hereof.

Every person assigned to be in charge of the notice serving process shall be deemed a process server.

4. If it is impossible for the process server to serve the notice, the matter shall be referred to the case management office, the competent judge or the head of circuit, according to the circumstances, to decide the appropriate modification to be made to the notice serving method.

Article (6)
&ast; *As amended by Federal Law No. (10) of 2014 dated 20/11/2014:*

1. No notice may be served and no execution procedure may be undertaken by any of the process server or the executor, before seven o'clock in the morning or after eight o'clock in the evening, or during the official holidays, except in case of necessity and under a written permission from the competent judge, the head of circuit or the magistrate of summary justice.

2. As for the government and the public legal persons, the date of notice serving or commencement of execution shall be set in accordance with their activities and their office hours.

Article (7)

4

**\*** *As amended by Federal Law No. (10) of 2014 dated 20/11/2014:*

The notice paper shall include the following information:

a) The date of the day, month, year and hour when the notice has been served.

b) The notice applicant's name, title, profession or job, domicile, elected domicile and workplace, as well as the name of the applicant's representative, his title, profession or job, residence and workplace in case he works for others.

c) The name of the notified person, his title, profession or position and domicile or elected domicile. In case his domicile was unknown at the time when the notice was served, his last domicile and workplace should be specified.

d) The name of the process server, his position, the entity to which he belongs and his signature on both the original and the copy of the notice paper.

e) The subject of the notice.

f) The name of the person who received the notice, his title, signature, seal or fingerprint on the original paper as acknowledgment of receipt or for proving his abstention and the reason thereof.

Article (8)
**\*** *As amended by Federal Law No. (10) of 2014 dated 20/11/2014:*

1. The notice paper copy shall be delivered to the addressee wherever found or at his domicile, residence, elected domicile or workplace. Should it be impossible to serve him the notice or should he abstain from the receiving such notice, the case management office shall either serve him the notice or authorise same through registered mail, fax, email or similar modern technology means specified by virtue of a decision issued by the Minister of Justice, or by any means agreed upon by the parties.

2. If the process server was unable to find the addressee neither in his domicile nor in his residence, he shall deliver the copy of the notice to any of the persons living with said addressee including spouses, relatives, in-laws or servants. In case the process server was unable to find the addressee in his workplace, he shall deliver a copy of the notice to the chairman or to any manager or employee.

3. The process server shall make sure that the person to which the notice is served is at least 18 years old and that neither such person nor the person represented thereby have an apparent conflict of interests with the addressee.

5

4. If the case management office, the competent judge or the head of circuit, as the case may be, was ascertained that the addressee has no domicile, residence, elected domicile, workplace, postal address, fax, or email address, or should the parties fail to agree on the means to serve the notice, it shall be posted on the notice board of the court or clearly on the door of the last place wherein he used to reside if any, or by publication in a widespread daily newspaper issued in Arabic in the State and in another newspaper issued in a foreign language, if needed, should the addressee be a foreigner. The posting or publication date shall be considered as the notice serving date.

5. The original notice paper shall be attached to the case file.

Article (9)
   * *As amended by Federal Law No. (10) of 2014 dated 20/11/2014:*

With the exception of the provisions stipulated in special laws, the notice paper copy shall be delivered as follows:

1) As for ministries, governmental, federal, local departments and public authorities and institutions of all kind, the copy shall be delivered to their legal representative.

2) As for private companies, associations and institutions and all other private legal persons, the copy shall be delivered at their head office, to their legal representative or whoever acts in his stead. If they are not present, the copy shall be delivered to one of their office's employees. In case the aforementioned establishments have no head office, the copy shall be delivered to their representative personally or at his domicile. Should it be impossible to serve the notice, the procedure mentioned in Clause 4 of Article (8) of the present Law shall be applicable.

3) As for foreign companies that have a branch or an office in the State, the copy shall be delivered to the manager of the company's branch or office or whoever legally represents it in the State. In case of his absence, the copy shall be delivered to one of his office's employees.

4) As for the members of the armed forces, the police or the like, the copy shall be delivered to the competent department to deliver it to them.

5) As for prisoners, the copy shall be delivered to the head office of the place where they are imprisoned in order to serve it to them.

6) As for sailors of commercial vessels and their crews, the copy shall be delivered to the master in order to serve it to them. If the vessel has left the port, the copy shall be delivered to the shipping agent.

7) As for persons who have a known domicile abroad, the copy shall be delivered to the ministry of justice to communicate it to them by diplomatic means, unless the notice serving methods in such case are regulated under special agreements.

However, notice may be served by any means agreed upon by the parties. In such case, notice may be served through one or more companies or offices, in accordance with the controls set by virtue of a Cabinet Decision.

Article (10)
   * *As amended by Federal Law No. (10) of 2014 dated 20/11/2014:*

The notice shall be considered effective according to the following:

1) From the date of receipt of a copy thereof in accordance with the preceding provisions.

2) From the date on which the letter is sent by the Ministry of Foreign Affairs or the Diplomatic Mission to indicate that the addressee has either received a copy of the notice or abstained from receiving same.

3) From the date of acknowledgment of receipt of the registered mail, fax or email.

4) From the date of posting or publication according to the provisions set forth in the present Chapter.

Article (11)
   * *As amended by Federal Law No. (10) of 2014 dated 20/11/2014:*

1. If the law has set, for attendance or for the occurrence of procedures, a duration counted by days, months or years, the day on which the notice is served or the matter considered by the law as giving effect to the duration shall not be counted. The duration shall expire by the end of the office hours of the last day thereof.

2. If the duration was counted by hours, the hour on which the duration commences and on which it expires should be counted as mentioned.

3. In case the date should expire before the procedure, the procedure should not take place before the lapse of the last day of the duration.

4. The durations counted by month or year shall expire on the corresponding day of the following month or year.

7

5. In all cases, if the end of the duration falls in an official holiday, the duration shall be extended to the following working day.

6. The durations counted by month or year shall be set according to the Gregorian calendar where a month consists of 30 days, unless the law stipulates otherwise.

Article (12)

*   *Abrogated by Federal Law No. (10) of 2014 dated 20/11/2014. The previous text (as amended by Federal Law No. (30) dated 30/11/2005) reads as follows:*

*"1. A date of 10-day period is to be added to the dates stipulated in such law for that whose residence is located out of the court's area and 90 days to that whose residence is outside the United Arab Emirates.*

*2. It is possible, in case of the fluency of transportation and emergency circumstances, to reduce the distance date with an order from the competent judge or the circuit manager, in conformity with the cases given, and that should be notified with a notification paper.*

*3. Such date shall not be applied in favor of that who shall be personally notified in the state during his stay therein, but the competent judge or the circuit manager, according to the case, having examined the action, may give orders to extend the ordinary dates or consider them extended, on the condition that they shall not, in both cases, go beyond the date due, if he were notified in his residence abroad."*

Article (13)
The procedure shall be null if the law has stipulated expressly its nullity or if it has been impaired with a defect or an essential imperfection because of which the procedure purpose has not been fulfilled.

In case the procedure purpose has been proved, the nullity shall not be decided in spite of the stipulation thereon.

Article (14)
With the exception of the cases where the nullity is related to the public order:

1) It is not allowed to any one to adhere to the nullity except the one for whom it was legislated.

2) And it is not permitted that the party, who caused such nullity, adhere to it.

3) The nullity shall be extinguished in case that the person who has enacted it would expressly or implicitly disclaim it for his interest.

Article (15)

It is possible to validate the null procedure even after the adherence to the nullity, on the condition that such validation shall be fulfilled on the date legally decided for undertaking the procedure, and if the procedure has not had a date decided in the law, the court shall fix a convenient date for validating it and the it shall not be considered except from the date of its validation.

Article (16)

If the proceeding is null and it has the elements of another, the later shall be correct as it shall be considered the procedure which has all its elements. And if the procedure is null in one of its sections, only such section will be null.

The nullity of the previous or subsequent procedures to such procedure shall not be consequential to its nullity unless it is stipulated thereon.

Article (17)

At the sessions, there should be attending with the judge a notary to undertake the redaction of the report and the signature thereon with the judge, otherwise the work would be null, and the session's report shall be considered an official document of what is recorded therein.

Article (18)

It is not allowed that the declaration agents, the notaries, or any of the judge's assistants take up any work that falls within their professions in the cases belonging to them, to their spouses, relatives or sons-in-law, up till the fourth degree, or otherwise such work would be null.

Article (19)

1. The provisions of such law are to be applied on all the civil, commercial or personal status action that are prosecuted before the state courts.

2. The court of first instance means in such law the court of first degree whether it were Civil or Sharia.